UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rosen's Diversified, Inc., a Minnesota corporation,

Plaintiff,

vs.

Agris Corporation, a Delaware corporation,

Defendant and Counterclaim Plaintiff,

vs.

RDI Technologies, Inc., a/k/a Rosen's, Inc., Rosen's Diversified, Inc., and Thomas Rosen,

Counterclaim and Third-Party Defendants.

**Court File No. 01-CV-182 DSD/SRN**

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR COUNTERCLAIM AND THIRD-PARTY DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO AGRIS CORPORATION'S COUNTERCLAIM AND THIRD-PARTY COMPLAINT**

---

IT IS HEREBY STIPULATED, by and between the parties hereto, that the time for Rosen's Diversified, Inc. and Thomas Rosen to Answer or to otherwise respond to Agris Corporation's Counterclaim and Third-Party Complaint is hereby extended to March 26, 2001.

Dated: March 3/22, 2001.

FELHABER, LARSON, FENLON & VOGT, P.A.

By ______________________

David L. Hashmall, # 138162
601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402-4302
(612) 339-6321

ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM AND THIRD-PARTY DEFENDANTS

MAR 26 2001
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: March 21, 2001.

MASLON EDELMAN BORMAN & BRAND

By ______________________

Justin H. Perl, Esq. (#151397)
Margaret C. Hobday, Esq. (#258490)
3300 Norwest Center
90 South 7th Street
Minneapolis, Minnesota 55402-4140
(612) 672-8200

ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF

IT IS SO ORDERED.

Dated: March 26, 2001.

______________________

The Honorable Susan Richard Nelson
Magistrate Judge, United States District Court