**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Rosen's Diversified, Inc.,**
**a Minnesota corporation,**

**Plaintiff,**

**v.**

**Agris Corporation,**
**a Delaware corporation,**

**Defendant.**

**Civil No. 01-182 DSD/SRN**

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by March 29, 2002.**

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before April 30, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and subject matter shall be made as follows:

   a. By party bearing burden of proof on or before December 31, 2001.

   b. Rebuttal on or before January 30, 2002.

4. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

FILED APR 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

1. By party bearing the burden of proof on or before January 30, 2002.

2. Rebuttal on or before February 28, 2002.

5. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

6. No more than 15 depositions, excluding expert witness depositions, shall be taken by any side ("side" being defined as the Rosen entities on the one hand and Agris and its related entities on the other). Each party shall take no more than 2 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by July 2, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by April 12, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and scheduled by May 1, 2002. (Counsel are reminded that they must schedule this hearing by calling Calendar Clerk Connie Baker, 612-664-5063.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on July 1, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 7 days.

Dated: April 24, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge