# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Rosen's Diversified, Inc., a Minnesota corporation,

v.

Agris Corporation, a Delaware corporation,

v.

RDI Technologies, Inc., a/k/a Rosen's Inc., Rosen's Diversified, Inc., and Thomas Rosen,

Case No. Civil 01-182 DSD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

The motion of third-party defendant Thomas Rosen to dismiss is granted and the third-party complaint of Agris against him is dismissed with prejudice.

DATE: July 6, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

26