UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rosen's Diversified, Inc., a Minnesota corporation,

Plaintiff,

vs.

Agris Corporation, a Delaware corporation,

Defendant and Counterclaim Plaintiff,

vs.

Rosen's Diversified, Inc.,

Counterclaim Defendant.

**Court File No. 01-CV-182 DSD/SRN**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned attorneys, that the above-captioned matter may be, and hereby is, dismissed in its entirety on the merits with prejudice, and without costs or disbursements to any party.

Dated: October 12, 2001

MASLON EDELMAN BORMAN & BRAND

By [signature]

Justin H. Perl, Esq., #151397
Kai H. Richter, Esq., #258490
3300 Norwest Center
90 South 7th Street
Minneapolis, Minnesota 55402-4140
Telephone: (612) 672-8200
Facsimile: (612) 672-8397

FILED 10-17-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Of Counsel:
Donald A. Loft, Esq.
Leslie A. Allen, Esq.
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road Northeast
Atlanta, Georgia 30326-1044
Telephone: (404) 233-7000

ATTORNEYS FOR AGRIS CORPORATION

Dated: 10/12, 2001

FELHABER, LARSON, FENLON & VOGT, P.A.

By ____________________
David L. Hashmall, # 138162
601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402-4302
(612) 339-6321

ATTORNEYS FOR ROSEN'S DIVERSIFIED, INC.

**IT IS SO ORDERED.**

Dated: Oct. 15, 2001

BY THE COURT:

____________________
The Honorable David S. Doty
Senior Judge, United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500